# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Scan only

### CIVIL MINUTES - GENERAL

Case No.   CV-05-6953-RJK                                     Date: 12-11-06

Title   Arnold Gonzalez -v- City of Maywood, et al

---

Present: The Honorable   ROBERT J. KELLEHER

| D.L. O'Neill | Gail Peeples | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:                Attorneys Present for Defendants:

Thomas E. Beck                                              Raymond E. Brown

**Proceedings:**   HEARING:
1) Plaintiff's motion to compel discovery ; motion for monetary sanctions (filed 11-13-06)
2) Defendants' motion to compel Arnold Gonzalez' deposition and request for monetary sanctions (filed 11-1-06)
3) Defendants' ex parte application to continue discovery cutoff

　　　　Case called. Appearances made. The Court recesses for one hour to allow counsel to resolve certain discovery issues.
　　　　Upon reconvening the Court makes the following rulings. The Court DENIES motion 1). The Court GRANTS in part and DENIES in part motion 2). The Court GRANTS the ex parte application and continues the discovery cutoff to March 30, 2007.
　　　　The Court calendars the Pretrial Conference for Monday, June 4, 2007 at 1:30 p.m..
　　　　Counsel are to lodge proposed orders in accordance with the Court's rulings.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　：   15

　　　　　　　　　　　　　　　　　　　Initials of Preparer   ____

