Thomas E. Beck, Esq. (SBN 81557)
**THE BECK LAW FIRM**
10377 Los Alamitos Boulevard
Los Alamitos, CA 90720
Telephone (562) 795-5835
Facsimile (562) 795-5821

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNOLD GONZALEZ,<br><br>   Plaintiff,<br><br>   v.<br><br>CITY OF MAYWOOD, et. al.,<br><br>   Defendants. | No. CV 05-6953RJK(VBKx)<br><br>PLAINTIFFS' NOTIFICATION OF SANCTIONS PAYMENT; DECLARATION OF THOMAS E. BECK |

Plaintiff hereby responds to court's Minute Order pertaining to Plaintiff's June 30, 2008 Ex parte Application for Order Compelling Immediate Depositions of Defendants Leflar, Burns, Menchaca, Evidentiary and Monetary Sanctions (Document No. 152) set forth in the appended declaration of Plaintiffs' counsel.

DATED: July 16, 2008                THE BECK LAW FIRM

                                    _____
                                    Thomas E. Beck
                                    Attorney for Plaintiff

## DECLARATION OF THOMAS E. BECK

I, THOMAS E. BECK, declare:

1. I am Plaintiff Arnold Gonzales' attorney of record in the instant matter. The facts herein stated are personally known to me of firsthand knowledge, except where alleged on information and belief, and if called as a witness I could competently testify hereto.

2. This declaration is presented as Plaintiff's response to the Court's July 15, 2008 Minute Order Document No. 152 taking plaintiff's motion to force the depositions of three remaining defendants pursuant to prior court orders under submission until confirmation of payment to the defense is received. Upon receipt of the pleading this morning, I dispatched payment in the sum of $1316.06 payable to Bohm, Matsen, Kegel & Aguilera LLP. A copy of the cover correspondence is appended hereto.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 16th day of July, 2008 at Los Alamitos, California.

Thomas E. Beck
Attorney for Plaintiff

# EXHIBIT "A"

# THE
# BECK LAW FIRM

THOMAS E. BECK

10377 Los Alamitos Boulevard
Los Alamitos, CA 90720
Tel: (562) 795-5835
Fax: (562) 795-5821

July 16, 2008

Richard A. Semon, Esq.
Bohm, Matsen, Kegel & Aguilera LLP
5 Hutton Centre Dr. Suite 700
Santa Ana, CA 92707

**BY FIRST CLASS MAIL AND FAX 714 210-7515**

*Re: Gonzalez v. City of Maywood, et. al.*
*USDC CV 05-6953RJK(VBKx)*
Payment of Sanctions $1316.06

Dear Mr. Semon,

In accordance with Judge Kelleher's order on my June 30, 2008 ex parte application, enclose herewith is my check number 5625 in the sum of $1,316.06. I will be filing a copy of this letter with the court today to insure the court-ordered depositions proceed as ordered by Magistrate Kenton.

Sincerely,

THE BECK LAW FIRM

Thomas E. Beck
teb/cl
enc. Check No. 5625

**PROOF OF SERVICE**

(1013a, 2015.5 C.C.P.)

STATE OF CALIFORNIA

COUNTY OF ORANGE

     I am employed in the aforesaid county, State of California; I am over eighteen years of age and not a party to the within action; my business address is 10377 Los Alamitos Boulevard, Los Alamitos, California 90720.

     On July 11, 2008, I served the within ***PLAINTIFF'S NOTIFICATION OF SANCTIONS PAYMENT; DECLARATION OF THOMAS E. BECK*** on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope addressed as follows:

Richard A. Semon, Esq.
Bohm, Matsen, Kegel & Aguilera
695 Town Center Drive, Suite 700
Costa Mesa, California 92626

____ BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Alamitos, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation or postage meter date is more than one day after date of deposit for mailing in affidavit.

__ BY PERSONAL SERVICE: I caused to be delivered such document(s) by hand to the person(s) stated above.

_xx_ BY EMAIL: I caused said document(s) to be transmitted by email/electronic correspondence to the addressee(s).

_xx_ (Federal/State) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 16, 2008, at Los Alamitos, California.

     I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
JORGE MONGE