**BOHM, MATSEN, KEGEL & AGUILERA, LLP**
Lee A. Wood (SBN 58676)
Richard A. Semon (SBN 156510)
695 Town Center Drive, Suite 700
Costa Mesa, CA 92626
Telephone: (714) 384-6500
Facsimile: (714) 384-6501

Attorneys for Defendants
CITY OF MAYWOOD, BRUCE LEFLAR, FRANK MENCHACA,
JASON PERKINS, JOHN BOSTON, BRETT BURNS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNOLD GONZALES, | ) CASE NO.: CV05-6953RJK (VBKx) )|
| Plaintiff, | ) DEFENDANTS' AMENDED |
| v. | ) EXHIBIT LIST )|
| CITY OF MAYWOOD, BRUCE LEFLAR, FRANK MENCHACA, JASON PERKINS, JOHN BOSTON, BRETT BURNS individually and as peace officers, DOES 1-10, inclusive. | ) Pretrial Date:   August 25, 2008 ) Time:             1:30 p.m. ) Courtroom:      1439 ) ) ) |
| Defendants. | ) ) ) |
| | ) Trial Date:     None Set |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

Defendants CITY OF MAYWOOD, BRUCE LEFLAR, FRANK MENCHACA, JASON PERKINS, JOHN BOSTON and BRETT BURNS present the following list of exhibits they intend to offer into evidence at the trial of this matter:

| No. | Exhibit | Date Identified | Date Admitted |
|---|---|---|---|
| 200. | Maywood-Cudahy Police Department Crime Report, Property Report and Property Narrative prepared by Officer Frank Menchaca | | |
| 201. | Maywood-Cudahy Police Department Arrest Report regarding Arnold Gonzalez | | |
| 202. | PIMS Inquiry System Defendant Summary printout regarding Arnold Gonzalez | | |
| 203. | PIMS Inquiry System Defendant Charges/Allegations printout regarding Arnold Gonzalez | | |
| 204. | PIMS Inquiry System Case Proceeding List printout regarding Arnold Gonzalez | | |
| 205. | Los Angeles County Booking and Property Record regarding Arnold Gonzalez | | |
| 206. | Maywood-Cudahy Police Department Use of Force regarding Arnold Gonzalez | | |
| 207. | Probable Cause Declaration Required form regarding Arnold Gonzalez | | |
| 208. | Los Angeles County Sheriff's Department Booking Fee Voucher regarding Arnold Gonzalez | | |
| 209. | LASD/LAPD Transfer Record regarding Arnold Gonzalez | | |

| | |  |  |
|---|---|---|---|
| 210. | CWS Warrant-Abstracts (4 pages) regarding Arnold Gonzalez | | |
| 211. | Wel-Don Investigative Services Report, dated March 16, 2004 | | |
| 212. | Maywood-Cudahy Police Department Suspect Report prepared by Officer Frank Menchaca | | |
| 213. | TCIS - Case Summary regarding Edgar I. Barbosa | | |
| 214. | Incident Inquiry printout | | |
| 215. | Photographs of dollar bill and white substance found on dollar bill taken from Arnold Gonzalez at the time of his arrest by the Maywood-Cudahy Police Department | | |
| 216. | Los Angeles County Unified Arrestee Medical Screening Form regarding Arnold Gonzalez | | |
| 217. | Maywood-Cudahy Police Department Arrest Report regarding Edgar I. Barbosa | | |
| 218. | Maywood-Cudahy Police Department Property report prepared by Officer Peter Brazil | | |
| 219. | Maywood-Cudahy Police Department Crime Report regarding Edgar I. Barbosa | | |
| 220. | Maywood-Cudahy Police Department Supplemental Report | | |

regarding Edgar I. Barbosa

221. County of Los Angeles Probable Cause Determination form regarding Arnold Gonzalez

222. County of Los Angeles Probable Cause Determination form regarding Edgar I. Barbosa

223. Metal pipe found at the scene of the incident by the Maywood-Cudahy Police Department

224. Audio file (CD format) re: police calls

225. IA Interview Tape – Frank Menchaca

226. IA Interview Tape – Jason Perkins

227. IA Interview Tape – John Boston

228. IA Interview Tape – Brett Burns

Dated: August 5, 2008    BOHM, MATSEN, KEGEL & AGUILERA, LLP

By: /S/
Richard A. Semon
Attorneys for Defendants
CITY OF MAYWOOD, BRUCE LEFLAR, FRANK MENCHACA, JASON PERKINS, JOHN BOSTON and BRETT BURNS