**BOHM, MATSEN, KEGEL & AGUILERA, LLP**
Lee A. Wood (SBN 58676)
Richard A. Semon (SBN 156510)
5 Hutton Centre Drive, 12th Floor
Santa Ana, California 92707
Telephone: (714) 210-7500
Facsimile: (714) 210-7515

Attorneys for Defendants
CITY OF MAYWOOD, BRUCE LEFLAR, FRANK MENCHACA,
JASON PERKINS, JOHN BOSTON, BRETT BURNS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNOLD GONZALES,<br><br>  Plaintiff,<br><br>v.<br><br>CITY OF MAYWOOD, BRUCE LEFLAR, FRANK MENCHACA, JASON PERKINS, JOHN BOSTON, BRETT BURNS individually and as peace officers, DOES 1-10, inclusive.<br><br>  Defendants. | CASE NO.: CV05-6953RJK (VBKx)<br><br>**DEFENDANTS' EXPERT WITNESS STATEMENT**<br><br>Trial Date: December 2, 2008<br>Time: 9:30 A.m.<br>Courtroom: 1439 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

Pursuant to the Court's September 22, 2008 Order, Defendants CITY OF MAYWOOD, BRUCE LEFLAR, FRANK MENCHACA, JASON PERKINS, JOHN BOSTON and BRETT BURNS hereby confirm the prior designation of the expert

witness named below, and a statement disclosing the anticipated area of testimony:

    Joseph Callanan, Callanan & Associates

    2900 N. Government Way, PMB #324,

    CDA, ID 83815   Telephone (805) 995-1081

    Mr. Callanan will testify on behalf of all Defendants regarding proper law enforcement procedures and related subjects.

Dated: September 29, 2008        BOHM, MATSEN, KEGEL & AGUILERA, LLP

By: _____
Richard A. Semon,
Attorneys for Defendants
CITY OF MAYWOOD, BRUCE LEFLAR, FRANK MENCHACA, JASON PERKINS, JOHN BOSTON and BRETT BURNS

DEFENDANTS' EXPERT WITNESS STATEMENT