1  **Thomas E. Beck, Esq.** (SBN 81557)
   THE BECK LAW FIRM
2  10377 Los Alamitos Blvd.
   Los Alamitos, California
3  Telephone: (562) 795-5835
   Facsimile: (562) 795-5821
4  Email: becklaw@earthlink.net

5  Attorneys for Plaintiff Arnold Gonzalez

6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11  ARNOLD GONZALEZ,                    ) Case No. CV 05-6953 RGK (VBKx)
                                        )
12               Plaintiff,             ) **STIPULATION TO DISMISS**
                                        ) **WITH PREJUDICE FED.R.CIV.P.**
13                                      ) **RULE 41(a)(1)(ii)**
        v.                              )
14                                      )
                                        )
15  CITY OF MAYWOOD, BRUCE              )
    LEFLAR, FRANK MENCHACA,             )
16  JASON PERKINS, JOHN BOSTON,         )
    BRETT BURNS individually and as peace )
17  officers, DOES 1-10, inclusive.     )
                                        )
18               Defendants.            )
                                        )
19  _____)

20      I.    FACTS

21          On November 14, 2008, the parties reached agreement on terms for settlement

22  of this case. Counsel for Defendants anticipate that it will take approximately 30 days

23  from the execution of the Settlement Agreement to issue a settlement check to

24  Plaintiff and his attorneys in the amount of $40,000.00.

25  ////

26  ////

27  ////

28  ////

Stipulation to Dismiss with Prejudice                    -1-

## II.   STIPULATION TO DISMISS WITH PREJUDICE

Pursuant to the provisions of Federal Rules of Civil Procedure, Rule 41(a)(1)(ii) the parties stipulate to dismiss this action with prejudice.

Counsel further stipulate that this Court will reserve jurisdiction to enforce the terms of the settlement agreement.[1]

Dated: December ____, 2008                    THE BECK LAW FIRM

                                              By_____
                                                 Thomas E. Beck, Esq.
                                                 Attorneys for Plaintiff,
                                                 Arnold Gonzalez

Dated: December __/__, 2008                   BOHM, MATSEN, KEGEL, &
                                              AGUILERA, LLP

                                              By_____ FOR
                                                 Richard A. Semon, Esq.
                                                 Attorneys for Defendants
                                                 City of Maywood, Bruce LeFlar,
                                                 Frank Menchaca, Jason Perkins,
                                                 John Boston, & Brett Burns

---

[1]See, Rutter, *Federal Civil Procedure Before Trial*, §15:140, et.seq., pages 15-53 and 15-54 (Rev. #1 2006) The Settlement Agreement will be memorialized in a document titled *Settlement Agreement and General Release*, which will not be filed with the court unless enforcement of the agreement becomes necessary.

PROOF OF SERVICE

(1013a, 2015.5 C.C.P.)

STATE OF CALIFORNIA

COUNTY OF ORANGE

I am employed in the aforesaid county, State of California; I am over eighteen years of age and not a party to the within action; my business address is 10377 Los Alamitos Boulevard, Los Alamitos, California 90720.

On December 2, 2008, I served the within *STIPULATION TO DISMISS WITH PREJUDICE FED.R.CIV.P. RULE 41(a)(1)(ii)* on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope addressed as follows:

Richard A. Semon, Esq.
Raymond E. Brown, Esq.
Bohm, Matsen, Kegel & Aguilera
5 Hutton Centre Dr. 12th Floor
Santa Ana, CA 92707

__xx__    BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Alamitos, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation or postage meter date is more than one day after date of deposit for mailing in affidavit.

____    BY PERSONAL SERVICE: I caused to be delivered such document(s) by hand to the person(s) stated above.

__xx__    BY EMAIL: I caused said document(s) to be transmitted by email/electronic correspondence to the addressee(s).

__xx__    (Federal/State) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 2, 2008, at Los Alamitos, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

JORGE MONGE